[Nos. 21346–6–I; 21347–4–I.  Division One.  July 24, 1989.]

*In the Matter of the Dependency of* S.J.

WINONA LEWIS, *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

*In the Matter of the Dependency of* B.L.

WINONA LEWIS, *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeals from a judgment of the Superior Court for King County, No. 84–7–01190–2, John W. Riley, J., entered November 16, 1987. *Affirmed* by unpublished opinion per Williams, J. Pro Tem., concurred in by Swanson and Scholfield, JJ.

[No. 21120–0–I.  Division One.  July 24, 1989.]

ROBERT A. ANDERSON, ET AL, *Appellants,* v. WESTERN DATA ASSOCIATES, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 85–2–01485–5, Norman W. Quinn, J., entered September 16, 1987. *Reversed* by unpublished opinion per Schumacher, J. Pro Tem., concurred in by Grosse, A.C.J., and Forrest, J.